UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-271

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | |
| Plaintiff ) | ORDER |
| vs. ) | |
| RODNEY DEWAYNE BLACK, REBAS ) BAR AND GRILL, INC. d/b/a REBAS ) BAR AND GRILL, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon its own motion. The Court's initial scheduling order was served on the parties and placed on the docket on April 30, 2012. That order requires that the parties conduct an initial attorney's conference pursuant to Fed. R. Civ. P. 26(f) within fourteen (14) calendar days following joinder of the issues. (Initial Scheduling Order, ¶ 4(a)). Joinder of the issues occurred in this case on July 2, 2012 and therefore the time to conduct an initial attorney's conference has passed.

The parties are HEREBY ORDERED to conduct an initial attorney's conference within ten (10) days of the issuance of this order and to submit a certification of such conference within four (4) days thereafter.

IT IS SO ORDERED.

Signed: August 29, 2012

_____
Frank D. Whitney
United States District Judge