UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00271-FDW-DCK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RODNEY DEWAYNE BLACK, INDIVIDUALLY and d/b/a REBAS BAR AND GRILL; and REBAS BAR AND GRILL, INC., a business entity d/b/a REBAS BAR AND GRILL, <br><br> Defendants. | ENTRY OF JUDGMENT |

Offer in Judgment having been offered by Defendants Rodney Dewayne Black, individually, and d/b/a Rebas Bar and Grill and Rebas Bar and Grill, Inc., d/b/a Rebas Bar and Grill, on November 28, 2012, and accepted by Plaintiff J & J Sports Productions, Inc. in this action on December 4, 2012, and the affidavit of plaintiff's counsel in support of acceptance showing that the offer in judgment having been served on November 28, 2012, and acceptance in writing on December 4, 2012, and all other requirements for acceptance of the offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure having been satisfied, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants jointly and severally and in favor of J & J Sports Productions, Inc. as follows:

| | | | |
|---|---|---|---|
| a. | For the violation of 47 U.S.C. §§ 605(e)(3)(B)(iii), (c)(i)(II) and (c)(ii): | | $5,000.00 |
| b. | For the Bill of Costs: | | |
| | 1. | Fees of the Clerk | $350.00 |
| | 2. | Fees for service of summons and subpoena | $100.00 |
| | | Total: | $5,450.00 |

IN ACCORDANCE WITH THE FOREGOING, JUDGMENT IS ENTERED IN THE SUM OF $5,450.00.

IT IS SO ORDERED.

Signed: December 5, 2012

Frank D. Whitney
United States District Judge